In the Matter of CHRISTINA P. and Another, Children Alleged to be Abused and/or Neglected. JAY SCOTT P., Appellant; JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [635 NYS2d 554] —Appeal unanimously dismissed without costs (see, Matter of Lisa E. [appeal No. 1],

207 AD2d 983). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Abuse and Neglect.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.